UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PARENTHIA HAYNES AND MARY HAYNES,       :
                                        :
                    Plaintiffs,         :
                                        :      No. 3:10-cv-00127-SRU
v.                                      :
                                        :
DENNIS SCOTT CARRUTHERS,                :
                                        :
                    Defendant.          :
                                        :

## STIPULATION

By and through the undersigned counsel, the parties hereby stipulate and agree, as follows:

1. The parties consent to an amendment to the defendant's answer withdrawing the bona fide error defense under 15 U.S.C. § 1692k(c).

2. The plaintiffs' motion to compel (Doc. No. 16) shall be denied as moot.

| THE PLAINTIFFS | THE DEFENDANT |
|---|---|
| | D. SCOTT CARRUTHERS |
| By _____ | By _____ |
| Daniel S. Blinn (ct 02188) | Jonathan D. Elliot (ct05762) |
| Consumer Law Group, LLC | Zeldes, Needle & Cooper, P.C. |
| 35 Cold Spring Rd., Suite 512 | 1000 Lafayette Blvd. |
| Rocky Hill, CT 06067 | Bridgeport, CT 06604 |
| Tel: (860) 571-0408 | Tel: (203) 3339441 |
| Fax: (860) 571-7457 | Fax: (203) 332-1489 |
| Email: dblinn@consumerlawgroup.com | Email: jelliot@znclaw.com |
| Date: 1-11-2011 | Date: 1/10/11 |